DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS ATKINSON** and **VIRGINIA ATKINSON,**
Appellants,

v.

**TOWER HILL PRIME INSURANCE COMPANY,**
Appellee.

No. 4D20-193

[February 25, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502018CA015268XXXXMB.

Jenny Dziorney and Randall Shochet of Shochet Law Group, Boynton Beach, for appellants.

Kara Rockenbach Link and Andrea Hall Duenas of Link & Rockenbach, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***